**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-10094-TPA |
| Rodney M. Lamont AND | : | Chapter 13 |
| Cindy S. Lamont, | : | |
| Debtors | : | |
| | : | Related to Document No. 25 |
| Rodney M. Lamont AND | : | |
| Cindy S. Lamont, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Fay Servicing, LLC, | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Kathryn Schwartz, Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the **Loss Mitigation Order** on the parties listed below.

Executed on: <u>May 6, 2022</u>

By: /s/ Kathryn Schwartz
Kathryn Schwartz
PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Rodney M. Lamont
Cindy S. Lamont
124 Oak Street
Warren, PA 16365

Fay Servicing, LLC
440 S. LaSalle Street
Suite 200
Chicago, IL 60605