**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-10094-TPA |
| Rodney M. Lamont AND | : | Chapter 13 |
| Cindy S. Lamont, | : | |
|     Debtors | : | |
| | : | Related to Document No. 30 |
| Rodney M. Lamont AND | : | |
| Cindy S. Lamont, | : | |
|     Movant | : | |
| | : | |
|     v. | : | |
| | : | |
| Fay Servicing, LLC, | : | |
| | : | |
|     AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|     Respondents | : | |

## CERTIFICATE OF SERVICE

I, Kathryn Schwartz, Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the **Interim Mortgage Modification Offer** on the parties listed below.

Executed on: July 1, 2022

By: /s/ Kathryn Schwartz
Kathryn Schwartz
PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

## **MATRIX**

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Rodney M. Lamont
Cindy S. Lamont
124 Oak Street
Warren, PA 16365

Fay Servicing, LLC
440 S. LaSalle Street
Suite 200
Chicago, IL 60605

LMP@chapter13trusteewdpa.com
*Direct Email*