**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-10094-TPA |
|     Rodney M. Lamont AND | : | Chapter 13 |
|     Cindy S. Lamont, | : | |
|         Debtors | : | |
| | : | Related to Document No. 30 |
|     Rodney M. Lamont AND | : | |
|     Cindy S. Lamont, | : | |
|         Movant | : | |
| | : | |
|         v. | : | |
| | : | |
|     Fay Servicing, LLC, | : | |
| | : | |
|         AND | : | |
| | : | |
|     Ronda J. Winnecour/Esquire | : | |
|     Chapter 13 Trustee, | : | |
|         Respondents | : | |

**INTERIM MORTGAGE MODIFICATION ORDER**

On June 23, 2022, the above-named Debtor and Fay Servicing, LLC ("Creditor") entered into a trial modification (the "Trial Modification"), through the Court's *Loss Mitigation Program* (LMP), with respect to the first mortgage on the Debtor's residence. The terms of the Trial Modification require an initial trial payment of **$1345.48** and subsequent monthly payments in the amount of **$541.98** ("Trial Payments") to begin on **August 1, 2022** and to continue in that amount until **October 1, 2022** (the "Trial Modification Period"). In light of the need for an immediate change in the distribution to the Creditor, the Debtor requests the Court to enter this *Interim Mortgage Modification Order* until a final, permanent modification can be presented to the Court for approval.

**AND NOW,** this __30th__ **day of** __June__ **,** 2022, for the foregoing reasons it is hereby **ORDERED, ADJUDGED and DECREED** that:

The Chapter 13 Trustee is authorized and directed to modify the distributions to the above-named Creditor, with a payment address of PO Box 814609, Dallas, TX 75381, for the Trial Modification Period. Each Trial Payment shall be made as follows: *August 2022 ($1345.48), September 2022 ($541.98) and October 2022 ($541.98).* Following the Trial Modification Period, the Chapter 13 Trustee shall continue to make distributions in the amount of $541.98 as the Trial Payments until further Order of Court.

*(Filed 6/30/22 1:04 pm, CLERK U.S. BANKRUPTCY COURT - WDPA)*

(1) In the event that a Permanent Modification is reached between the Parties, the Debtor *immediately* shall file a *Motion to Authorize the Loan Modification* in compliance with *W.PA.LBR 9020-6(d)*.

(2) The LMP Period is extended until fourteen (14) days after the expiration of the Trial Modification Period. If the Debtor has not filed a *Motion to Authorize the Loan Modification* within fourteen (14) days after the expiration of the Trial Modification Period, then the Debtor shall *immediately* file and serve either a *Motion to Extend the Loss Modification Period* pursuant to *W.PA.LBR 9020-5(b)* or a *Motion to Terminate the Loss Modification Program* pursuant to *W.PA.LBR 9020-5(c)* that sets forth the specific reasons why an agreement was not reached.

(3) Any Party may seek a further hearing regarding the amendment or termination of this *Order* at any time during the Trial Modification Period by filing an appropriate Motion.

(4) Within three (3) days of entry of this *Order*, Debtor shall serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com** and Debtor shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. **The Debtor's** Certificate of Service shall reflect service upon the above identified email address.

```
                              Thomas P. Agresti,          jlm
                              UNITED STATES BANKRUPTCY JUDGE
```

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    [Counsel for Creditor]
    Ronda J. Winnecour, Esq. Ch 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                          Case No. 22-10094-TPA
Rodney M. Lamont                                                                                  Chapter 13
Cindy S. Lamont
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: auto          Page 1 of 2
Date Rcvd: Jun 30, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Rodney M. Lamont, Cindy S. Lamont, 124 Oak Street, Warren, PA 16365-2840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-C bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Rodney M. Lamont dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Cindy S. Lamont dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Jun 30, 2022 Form ID: pdf900 Total Noticed: 1
TOTAL: 5