**Form 213**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Rodney M. Lamont**
**Cindy S. Lamont**
  Debtor(s)

Bankruptcy Case No.: 22−10094−TPA
Related to Docket No. 39
Chapter: 13
Docket No.: 40 − 39
Concil. Conf.: 12/6/22 at 11:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **November 6, 2022,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

## OR

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **November 27, 2022,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **12/6/22** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 22, 2022

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10094-TPA |
| Rodney M. Lamont | Chapter 13 |
| Cindy S. Lamont | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Sep 22, 2022 | Form ID: 213 | Total Noticed: 59 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney M. Lamont, Cindy S. Lamont, 124 Oak Street, Warren, PA 16365-2840 |
| 15464923 | + | 4 Your Car Connection, 7082 US-322 Box 417, Cranberry, PA 16319-3110 |
| 15464924 | + | Citigroup Mortgage Loan Trust, 425 S. Financial Place, Suite 2020, Chicago, IL 60605-1000 |
| 15508178 | + | City of Warren, c/o PA Municipal Service Co., 336 Delaware Ave, Oakmont, PA 15139-2138 |
| 15457689 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 15464925 | + | Fay Servicing, LLC, 440 S. LaSalle Street, Suite 2000, Chicago, IL 60605-5011 |
| 15457696 | + | Mark J. Tuccio, DPM, 207 Foote Avenue, Jamestown, NY 14701-7077 |
| 15464926 | + | Mayor and Council of Warren, 318 W Third Avenue, Warren, PA 16365-2380 |
| 15457697 | + | MetCredit USA, Attn: Bankruptcy Dept, 117 W 4th St, Po Box 1132, Jamestown, NY 14702-1132 |
| 15457701 | + | Mountain Laurel FCU, 413 S Michael St, Saint Marys, PA 15857-1742 |
| 15457704 | + | Northwest Consumer Discount Co., Po Box 863, Warren, PA 16365-0863 |
| 15457707 | + | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 15457708 | | Russell Veterinary Hospital, 1276 PA-957, Russell, PA 16345 |
| 15464928 | + | US Bank Trust NA, 425 S. Financial Place, Suite 2000, Chicago, IL 60605-1000 |
| 15457712 | + | Warren General Hospital, 2 West Crescent Park, Warren, PA 16365-2199 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 22 2022 23:30:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15457680 | | Email/Text: g20956@att.com | Sep 22 2022 23:21:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 15457678 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 22 2022 23:21:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15470933 | | Email/PDF: bncnotices@becket-lee.com | Sep 22 2022 23:30:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15457679 | + | Email/PDF: bncnotices@becket-lee.com | Sep 22 2022 23:30:30 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15460989 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 22 2022 23:21:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 15457687 | | Email/Text: cfcbackoffice@contfinco.com | Sep 22 2022 23:21:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 15457682 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 22 2022 23:21:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15457683 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2022 23:19:51 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15464358 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2022 23:19:45 | Capital One Bank (USA), N.A., by American |

District/off: 0315-1                          User: auto                                    Page 2 of 4
Date Rcvd: Sep 22, 2022                       Form ID: 213                                   Total Noticed: 59

|  |  |  |  |
|---|---|---|---|
|  |  |  | InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15457684 | + | Email/Text: bankruptcy@jdbyrider.com | |
|  |  | Sep 22 2022 23:21:00 | Car Now Acceptance, Attn: Bankruptcy, 12802 Hamilton Crossing Blvd, Carmel, IN 46032-5424 |
| 15457685 | + | Email/Text: bzern@celticbank.com | |
|  |  | Sep 22 2022 23:21:00 | Celtic Bank, 268 State Street #300, Salt Lake City, UT 84111-5314 |
| 15457688 | + | Email/PDF: creditonebknotifications@resurgent.com | |
|  |  | Sep 22 2022 23:30:03 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15457690 | + | Email/Text: bknotice@ercbpo.com | |
|  |  | Sep 22 2022 23:21:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15457692 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | |
|  |  | Sep 22 2022 23:19:54 | Exeter Finance LLC, P.O. Box 650598, Dallas, TX 75265-0598 |
| 15457691 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | |
|  |  | Sep 22 2022 23:19:54 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 15457693 | + | Email/Text: bnc-bluestem@quantum3group.com | |
|  |  | Sep 22 2022 23:21:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15457694 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | |
|  |  | Sep 22 2022 23:30:02 | First Premier Bank, 601 S Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 15457695 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | |
|  |  | Sep 22 2022 23:21:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15473988 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
|  |  | Sep 22 2022 23:21:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15457686 | | Email/PDF: ais.chase.ebn@aisinfo.com | |
|  |  | Sep 22 2022 23:19:50 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15466472 | + | Email/Text: RASEBN@raslg.com | |
|  |  | Sep 22 2022 23:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15465475 | | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Sep 22 2022 23:30:16 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15459143 | | Email/Text: BankruptcyECFMail@mccalla.com | |
|  |  | Sep 22 2022 23:21:00 | U.S. Bank Trust National Association, not in its, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 15457698 | + | Email/Text: jcissell@bankofmissouri.com | |
|  |  | Sep 22 2022 23:21:00 | Mid America Bank & Trust, 216 West Second Street, Dixon, MO 65459-8048 |
| 15460539 | + | Email/Text: bankruptcydpt@mcmcg.com | |
|  |  | Sep 22 2022 23:21:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15457699 | + | Email/Text: bankruptcydpt@mcmcg.com | |
|  |  | Sep 22 2022 23:21:00 | Midland Funding, LLC, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15457700 | + | Email/Text: bankruptcydpt@mcmcg.com | |
|  |  | Sep 22 2022 23:21:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15457703 | ^ | MEBN | |
|  |  | Sep 22 2022 23:17:45 | NCB Management Services, Attn: Bankruptcy, 1 Allied Drive, Feasterville-Trevose, PA 19053-6945 |
| 15457702 | + | Email/Text: bankruptcy@ncaks.com | |
|  |  | Sep 22 2022 23:21:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 15457705 | + | Email/PDF: cbp@onemainfinancial.com | |
|  |  | Sep 22 2022 23:19:54 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15457681 | | Email/Text: Bankruptcy.Notices@pnc.com | |
|  |  | Sep 22 2022 23:21:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 15463774 | | Email/Text: Bankruptcy.Notices@pnc.com | |

District/off: 0315-1 | User: auto | Page 3 of 4
Date Rcvd: Sep 22, 2022 | Form ID: 213 | Total Noticed: 59

| | | | | |
|---|---|---|---|---|
| | | | Sep 22 2022 23:21:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15469428 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 22 2022 23:21:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15457706 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 22 2022 23:21:00 | Progressive, PO Box 31260, Tampa, FL 33631-3260 |
| 15457707 | ^ | MEBN | Sep 22 2022 23:18:09 | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 15457709 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 22 2022 23:21:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15457923 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2022 23:30:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15457710 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2022 23:30:03 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15457711 | + | Email/Text: bknotices@totalcardinc.com | Sep 22 2022 23:21:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15475631 | ^ | MEBN | Sep 22 2022 23:17:48 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 15465600 | ^ | MEBN | Sep 22 2022 23:18:06 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15507822 | ^ | MEBN | Sep 22 2022 23:17:44 | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15464927 | ^ | MEBN | Sep 22 2022 23:17:44 | US Bank Trust NA, c/o SN Servicing Corp, 323 5th Street, Eureka, CA 95501-0305 |
| 15476783 | | Email/PDF: ebn_ais@aisinfo.com | Sep 22 2022 23:19:54 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. BANK TRUST NATIONAL ASSOCIATION |
| cr | | U.S. Bank Trust National Association, not in its i |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2022          Signature:          /s/Gustava Winters

District/off: 0315-1                          User: auto                                      Page 4 of 4
Date Rcvd: Sep 22, 2022                    Form ID: 213                                 Total Noticed: 59

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-C bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Rodney M. Lamont dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Cindy S. Lamont dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5