FILED
12/8/22 11:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RODNEY M. LAMONT & CINDY S. LAMONT ) ) ) ) Debtor(s).  ) X | Case No. 22-10094-GLT<br><br>Chapter 13<br><br>Related to Doc. No. 47 |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒   a motion to dismiss case or certificate of default requesting dismissal

☐   a plan modification sought by: _____

☐   a motion to lift stay
     as to creditor   _____

☐   Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated March 21, 2022
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒   Debtor(s) Plan payments shall be changed from $1070 to $1179 per <u>month,</u> effective 12/22; and/or the Plan term shall be changed from ___ months to ____ months.         .

-1-

☐     In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐     Debtor(s) shall file and serve _____ on or before _____.

☐     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒     Other:
➢ Trustee's Certificate of Default (at Doc 39) is treated as resolved by this Order.
➢ The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: US Bank Trust NA CL.#16 and City of Warren Sewage CL.#18

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this <u>8th</u> day of <u>   December   </u>, 202<u>2</u>

_____
Gregory L. Taddonio  jlm
Chief United States Bankruptcy Judge

Stipulated by:                                    Stipulated by:

/s/Daniel P. Foster                               /s/ Owen Katz
Counsel to Debtor                                 Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Rodney M. Lamont  
Cindy S. Lamont  
    Debtors

Case No. 22-10094-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4  
Date Rcvd: Dec 08, 2022      Form ID: pdf900      Total Noticed: 59

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney M. Lamont, Cindy S. Lamont, 124 Oak Street, Warren, PA 16365-2840 |
| 15464923 | + | 4 Your Car Connection, 7082 US-322 Box 417, Cranberry, PA 16319-3110 |
| 15464924 | + | Citigroup Mortgage Loan Trust, 425 S. Financial Place, Suite 2020, Chicago, IL 60605-1000 |
| 15508178 | + | City of Warren, c/o PA Municipal Service Co., 336 Delaware Ave, Oakmont, PA 15139-2138 |
| 15457689 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 15464925 | + | Fay Servicing, LLC, 440 S. LaSalle Street, Suite 2000, Chicago, IL 60605-5011 |
| 15457696 | + | Mark J. Tuccio, DPM, 207 Foote Avenue, Jamestown, NY 14701-7077 |
| 15464926 | + | Mayor and Council of Warren, 318 W Third Avenue, Warren, PA 16365-2380 |
| 15457697 | + | MetCredit USA, Attn: Bankruptcy Dept, 117 W 4th St, Po Box 1132, Jamestown, NY 14702-1132 |
| 15457701 | + | Mountain Laurel FCU, 413 S Michael St, Saint Marys, PA 15857-1742 |
| 15457704 | + | Northwest Consumer Discount Co., Po Box 863, Warren, PA 16365-0863 |
| 15457708 | | Russell Veterinary Hospital, 1276 PA-957, Russell, PA 16345 |
| 15464928 | + | US Bank Trust NA, 425 S. Financial Place, Suite 2020, Chicago, IL 60605-1000 |
| 15457712 | + | Warren General Hospital, 2 West Crescent Park, Warren, PA 16365-2199 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 08 2022 23:39:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15457680 | | Email/Text: g20956@att.com | Dec 08 2022 23:41:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 15457678 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 08 2022 23:40:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15470933 | | Email/PDF: bncnotices@becket-lee.com | Dec 08 2022 23:39:35 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15457679 | + | Email/PDF: bncnotices@becket-lee.com | Dec 08 2022 23:39:37 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15460989 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 08 2022 23:41:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 15457687 | | Email/Text: cfcbackoffice@contfinco.com | Dec 08 2022 23:41:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 15457682 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Dec 08 2022 23:40:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15457683 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 08 2022 23:39:51 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15464358 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 08 2022 23:39:51 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15457684 | + | Email/Text: bankruptcy@jdbyrider.com | Dec 08 2022 23:41:00 | Car Now Acceptance, Attn: Bankruptcy, 12802 Hamilton Crossing Blvd, Carmel, IN 46032-5424 |
| 15457685 | + | Email/Text: bzern@celticbank.com | Dec 08 2022 23:41:00 | Celtic Bank, 268 State Street #300, Salt Lake City, UT 84111-5314 |
| 15457688 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 08 2022 23:39:23 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15457690 | + | Email/Text: bknotice@ercbpo.com | Dec 08 2022 23:41:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15457692 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Dec 08 2022 23:39:37 | Exeter Finance LLC, P.O. Box 650598, Dallas, TX 75265-0598 |
| 15457691 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Dec 08 2022 23:39:52 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 15457693 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 08 2022 23:41:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15457694 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 08 2022 23:39:52 | First Premier Bank, 601 S Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 15457695 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 08 2022 23:41:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15473988 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 08 2022 23:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15457686 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 08 2022 23:39:35 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15466472 | + | Email/Text: RASEBN@raslg.com | Dec 08 2022 23:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15465475 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2022 23:39:53 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15459143 | | Email/Text: BankruptcyECFMail@mccalla.com | Dec 08 2022 23:41:00 | U.S. Bank Trust National Association, not in its, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 15457698 | + | Email/Text: kmattingly@bankofmissouri.com | Dec 08 2022 23:41:00 | Mid America Bank & Trust, 216 West Second Street, Dixon, MO 65459-8048 |
| 15460539 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 08 2022 23:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15457699 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 08 2022 23:41:00 | Midland Funding, LLC, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15457700 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 08 2022 23:41:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15457703 | ^ | MEBN | Dec 08 2022 23:35:40 | NCB Management Services, Attn: Bankruptcy, 1 Allied Drive, Feasterville-Trevose, PA 19053-6945 |
| 15457702 | + | Email/Text: bankruptcy@ncaks.com | Dec 08 2022 23:40:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 15457705 | + | Email/PDF: cbp@onemainfinancial.com | Dec 08 2022 23:39:50 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15457681 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 08 2022 23:40:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 15463774 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 08 2022 23:40:00 | PNC Bank NA, Bankruptcy Department, PO BOX 28272-1083 |

Case 22-10094-GLT    Doc 51    Filed 12/10/22    Entered 12/11/22 00:24:17    Desc Imaged
                              Certificate of Notice    Page 6 of 7

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 08, 2022 | Form ID: pdf900 | Total Noticed: 59 |

| Recip ID | Type | Address | Date | Name and Address |
|---|---|---|---|---|
| | | | | 94982, Cleveland, OH 44101 |
| 15469428 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 08 2022 23:41:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15457706 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Dec 08 2022 23:40:00 | Progressive, PO Box 31260, Tampa, FL 33631-3260 |
| 15457707 | ^ | MEBN | Dec 08 2022 23:36:01 | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 15457709 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 08 2022 23:41:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15457923 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 23:39:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15457710 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 23:39:51 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15457711 | + | Email/Text: bknotices@totalcardinc.com | Dec 08 2022 23:41:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15475631 | ^ | MEBN | Dec 08 2022 23:35:42 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 15465600 | ^ | MEBN | Dec 08 2022 23:35:53 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15507822 | ^ | MEBN | Dec 08 2022 23:35:36 | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15464927 | ^ | MEBN | Dec 08 2022 23:35:37 | US Bank Trust NA, c/o SN Servicing Corp, 323 5th Street, Eureka, CA 95501-0305 |
| 15476783 | | Email/PDF: ebn_ais@aisinfo.com | Dec 08 2022 23:39:53 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. BANK TRUST NATIONAL ASSOCIATION |
| cr | | U.S. Bank Trust National Association, not in its i |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2022            Signature:        /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 4 of 4 |
| Date Rcvd: Dec 08, 2022 | Form ID: pdf900 | Total Noticed: 59 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-C bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Rodney M. Lamont dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Cindy S. Lamont dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5