IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>RODNEY M. LAMONT<br>CINDY S. LAMONT,<br>    **Debtor(s)** | Bankruptcy No. 22-10094-GLT<br><br>Chapter 13 |
| SANTANDER CONSUMER USA INC.<br>dba CHRYSLER CAPITAL,<br>    **Movant** | Related To Document No. 65 and 66 |
| v. | **Response Deadline:  4/13/23** |
| RODNEY M. LAMONT<br>CINDY S. LAMONT,<br>    **Respondent(s)** | **Hearing Date:  5/9/23 at 10:30 AM** |
| RONDA J. WINNECOUR,<br>    **Trustee** | |

**CERTIFICATE OF SERVICE**

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on March 27, 2023 I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

    Rodney and Cindy Lamont          Daniel P. Foster, Esq.
    124 Oak Street                            Foster Law Offices
    Warren, PA 16365                  1210 Park Avenue
    (Debtors)                                Meadville, PA 16335
                                        (Attorney For Debtors)

    Ronda J. Winnecour             Office of the United States Trustee
    Suite 3250, USX Tower         Liberty Center
    600 Grant Street                   1001 Liberty Avenue, Suite 970
    Pittsburgh, PA 15219          Pittsburgh, PA 15222
    (Trustee)                                (U.S. Trustee)

I certify under penalty of perjury that the foregoing is true and correct.

                                               /s/ William E. Craig
                                               William E. Craig, Esquire
                                               Bar ID# 92329
                                               Morton & Craig LLC
                                               110 Marter Avenue, Suite 301
                                               Moorestown, NJ 08057
                                               (856) 866-0100
                                               bcraig@mortoncraig.com