FILED
4/24/23 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>RODNEY M. LAMONT<br>CINDY S. LAMONT,<br>    **Debtor(s)** | Bankruptcy No. 22-10094-GLT<br><br>Chapter 13 |
| SANTANDER CONSUMER USA INC.<br>dba CHRYSLER CAPITAL,<br>    **Movant** | Related To Document No. 65 |
| v. | **Response Deadline:** 4/13/23 |
| RODNEY M. LAMONT<br>CINDY S. LAMONT,<br>    **Respondent(s)** | **Hearing Date: 5/9/23 at 10:30 AM** |
| RONDA J. WINNECOUR,<br>    **Trustee** | |

## ORDER OF COURT

AND NOW, this __24th__ day of __April__, 2023, it is hereby

**ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

Movant Santander Consumer USA Inc. dba Chrysler Capital is permitted to enforce its rights in the property described as a **2017 Fiat 500X** bearing vehicle identification number ZFBCFXAB4HP531566, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

Movant shall serve a copy of this Order and the Motion on the respondent(s), their counsel, the Trustee, and the U.S. Trustee. Movant shall file a certificate of service within three (3) business days.

Prepared by: William Craig, Esq.

**DEFAULT ENTRY**

Dated: April 24, 2023

_____
Gregory L. Taddonio                    jlm
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                       Case No. 22-10094-GLT
Rodney M. Lamont                                                                                 Chapter 13
Cindy S. Lamont
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: enotifications@santanderconsumerusa.com | Apr 24 2023 23:14:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2023            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-C bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Rodney M. Lamont dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Cindy S. Lamont dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Lauren Moyer | |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Igloo Series V Trust lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

William E. Craig
   on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7