**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| RODNEY M. LAMONT<br>CINDY S. LAMONT<br>　　　Debtor(s) | Case No.:22-10094 |
| Ronda J. Winnecour<br>　　　Movant<br>　vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 02/25/2022  and confirmed on 04/20/2022 .  The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,970.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,970.00 |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 1,053.58 | |
| 　Trustee Fee | 149.13 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,202.71 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　US BANK TRUST NA - TRUSTEE ET AL<br>　　Acct: 8450 | 0.00 | 1,571.98 | 0.00 | 1,571.98 |
| 　US BANK TRUST NA - TRUSTEE ET AL<br>　　Acct: 8450 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　US BANK TRUST NA - TRUSTEE ET AL<br>　　Acct: 8450 | 11,006.45 | 0.00 | 0.00 | 0.00 |
| 　CITY OF WARREN (SEWAGE/RECYCLING<br>　　Acct: 6932 | 2,326.10 | 0.00 | 0.00 | 0.00 |
| 　ONE MAIN FINANCIAL GROUP LLC(*)<br>　　Acct: 5701 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　SANTANDER CONSUMER USA D/B/A CHR<br>　　Acct: 6340 | 743.20 | 743.20 | 447.11 | 1,190.31 |
| | | | | 2,762.29 |
| **Priority** | | | | |
| 　DANIEL P FOSTER ESQ**<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　RODNEY M. LAMONT<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 22-10094 | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| RODNEY M. LAMONT | 5.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 4,580.00 | 1,053.58 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX0094 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| 4 YOUR CAR CONNECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 1,274.01 | 0.00 | 0.00 | 0.00 |
| Acct: 2000 | | | | |
| PNC BANK NA | 578.45 | 0.00 | 0.00 | 0.00 |
| Acct: 1660 | | | | |
| CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9952 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 540.54 | 0.00 | 0.00 | 0.00 |
| Acct: 0310 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 1,190.76 | 0.00 | 0.00 | 0.00 |
| Acct: 7557 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7864 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 463.17 | 0.00 | 0.00 | 0.00 |
| Acct: 4986 | | | | |
| METCREDIT USA | 112.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1128 | | | | |
| METCREDIT USA | 70.91 | 0.00 | 0.00 | 0.00 |
| Acct: 1128 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,022.55 | 0.00 | 0.00 | 0.00 |
| Acct: 7513 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8657 | | | | |
| NATIONAL CREDIT ADJUSTERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7181 | | | | |
| NATIONAL CREDIT ADJUSTERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5376 | | | | |
| NCB MANAGEMENT SERVICES INC* | 10,712.33 | 0.00 | 0.00 | 0.00 |
| Acct: 1108 | | | | |
| QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6353 | | | | |
| UPMC PHYSICIAN SERVICES | 176.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0460 | | | | |
| QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3708 | | | | |
| UPMC PHYSICIAN SERVICES | 235.15 | 0.00 | 0.00 | 0.00 |
| Acct: 1128 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3129 | | | | |
| LVNV FUNDING LLC | 679.12 | 0.00 | 0.00 | 0.00 |
| Acct: 3299 | | | | |
| SANTANDER CONSUMER USA D/B/A CHR' | 1,028.01 | 0.00 | 0.00 | 0.00 |
| Acct: 6340 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 5,762.53 | 0.00 | 0.00 | 0.00 |
| Acct: 5701 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 2,783.35 | 0.00 | 0.00 | 0.00 |
| Acct: 7864 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS<br>Acct: 0001 | 1,522.82 | 0.00 | 0.00 | 0.00 |
| | CITY OF WARREN (SEWAGE/RECYCLING<br>Acct: 0084 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: 3129 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MCCALLA RAYMER  ET AL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | FRIEDMAN VARTOLO LLP<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | WILLIAM E CRAIG ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

***NONE***

TOTAL PAID TO CREDITORS                                                                                       2,767.29

TOTAL CLAIMED
PRIORITY              5.00
SECURED          14,075.75
UNSECURED       28.151.70


Date: 10/05/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com